OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed, with costs, and the matter remitted to that court for a review of the facts. The Appellate Division increased the plottage increment from 5% to 10% as a matter of law. This was error.
 

 In determining an award to an owner of condemned property, the findings must either be within the range of the expert testimony or be supported by other evidence and adequately explained by the court
 
 (Matter of City of New York
 
 [A.
 
 & W. Realty Corp.],
 
 1 NY2d 428, 432-433;
 
 Milsap v State of New York,
 
 32 AD2d 586).
 

 Chief Judge Cooke and Judges Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur; Judge Jasen taking no part.
 

 
 *887
 
 Order reversed, with costs, and matter remitted to the Appellate Division, Second Department, for further proceedings in accordance with the memorandum herein.